UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Global Lending Services LLC

**Order Filed on April 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  <u>19-15546 CMG</u>

Adv. No.:

Hearing Date:  4/1/2020 @ 9:00 a.m.

Judge:  <u>Christine M. Gravelle</u>

In Re:

Erica C. Clark,

Debtor.

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: April 16, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Erica C. Clark
Case No:  19-15546 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY
_____

 This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Global Lending Services LLC, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to 2015 Ford Fusion, VIN: 3FA6P0D97FR272753, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Nicholas Fitzgerald, Esq., attorney for Debtor, and for good cause having been shown

 It is **ORDERED, ADJUDGED and DECREED** that as of April 6, 2020 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2019 through March 2020 for a total post-petition default of $4,626.15 ( 9 @ $569.68 less $500.97  in suspense); and

 It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,626.15 will be paid by Debtor remitting $771.02 per month for five months and $771.05 for one month in addition to the regular monthly payment, which additional payments shall begin on May 1, 2020 and continue for a period of six months until the post-petition arrears are cured; and

 It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume April 15, 2020, directly to Secured Creditor's servicer, Global Lending Services, LLC, P.O. Box 935538, Atlanta, Georgia 31193 ; and

 It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

 It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

 It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.