Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.:  19−15546−CMG
                            Chapter:  13
                            Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Erica C. Clark
   124 9th street
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−5428

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/6/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 6, 2021
JAN: dmi

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-15546-CMG
Erica C. Clark                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                   Page 1 of 3
Date Rcvd: May 06, 2021                       Form ID: 148                                  Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica C. Clark, 124 9th street, Piscataway, NJ 08854-1512 |
| aty | + | Pamela G. Dunn-Hale, Office of the Union County Counsel, 342 Westminster Avenue, Elizabeth, NJ 07208-3205 |
| 518127938 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 518127940 | + | Curbside Lawn & Landscape, 49 Morris Avenue, Piscataway, NJ 08854-5047 |
| 518127943 | + | Englewood Hospital and Medical Center, 350 Engle St, Englewood, NJ 07631-1898 |
| 518127946 | + | Grand Sanitation Inc, Po Box 359, Scotch Plains, NJ 07076-0359 |
| 518212946 | + | Jersey College, Nursing School, Teterboro Campus, 546 US 46, Teterboro, NJ 07608-1104 |
| 518921934 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518921935 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 518127952 | + | NJ Higher Education, HESAA Servicing, Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 518127948 | + | Navient Solutions Inc on behalf of, NJHEAA, PO Box 548, Trenton, NJ 08625-0548 |
| 518127949 | | Navient Solutions LLC on Behalf of, Department of Education LOan Services, PO Box 9636, Wilkes Barre, PA 18773-9635 |
| 518185718 | + | Nelnet on behalf of NJHESAA, New Jersey Higher Ed Student Asst Auth, 4 Quakerbridge Plaza, PO Box 548, Trenton NJ 08625-0548 |
| 518127957 | | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 518238159 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518127954 | | Planet Fitness, 6761 Hadley Rd, South Plainfield, NJ 07080 |
| 518127958 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518127959 | + | Rickart Coll Systems, 575 Milltown Rd, North Brunswick, NJ 08902-3336 |
| 518127962 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 518127965 | + | Transworld System INC, 1105 Schrock Road Suite 300, Columbus, OH 43229-1174 |
| 518127966 | + | Union County College, 1033 Springfield Ave, Cranford, NJ 07016-1598 |
| 518212948 | + | Union County Division, of Social Services, 342 Wsminster Avenue, Elizabeth, NJ 07208-3290 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518127935 | + | EDI: CINGMIDLAND.COM | May 07 2021 00:28:00 | AT&T Mobility LLC, AT&T Services Inc, Karen A. Cavagnaro, One AT&T Way Room 3A104, Bedminster, NJ 07921-2693 |
| 518127936 | + | EDI: CAPITALONE.COM | May 07 2021 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518127937 | + | EDI: CHASEAUTO | May 07 2021 00:28:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 518127939 | + | EDI: CCS.COM | May 07 2021 00:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518127941 | + | EDI: NAVIENTFKASMDOE.COM | May 07 2021 00:28:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 518127942 | + | EDI: NAVIENTFKASMDOE.COM | | |

Case 19-15546-CMG    Doc 58    Filed 05/08/21    Entered 05/09/21 00:32:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 148 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | May 07 2021 00:28:00 | Dept of Education/Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518127944 | + | EDI: AMINFOFP.COM | May 07 2021 00:28:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518127945 | | Email/Text: bankruptcy@glsllc.com | May 06 2021 20:45:00 | Global Lending Service, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 518246070 | | Email/Text: bankruptcy@glsllc.com | May 06 2021 20:45:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518127947 | | EDI: CHASEAUTO | May 07 2021 00:28:00 | JP Morgan CHase Bank NA, National Bankruptcy Department, PO Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 518212947 | | Email/Text: bshah1@middlesexcc.edu | May 06 2021 20:46:00 | Middlesex County College, 2600 Woodbridge Avenue, PO Box 3050, Edison, NJ 08818-3050 |
| 518268008 | | EDI: NAVIENTFKASMSERV.COM | May 07 2021 00:28:00 | Navient Solutions, LLC, POB 9635, Wilkes-Barre, PA 18773-9635 |
| 518267170 | | EDI: NAVIENTFKASMSERV.COM | May 07 2021 00:28:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518127950 | + | Email/Text: electronicbkydocs@nelnet.net | May 06 2021 20:46:00 | Nelnet Loans, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 518127951 | + | Email/PDF: bankruptcy@ncfsi.com | May 06 2021 22:14:55 | New Century Financial Services, 110 South Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 518127953 | + | Email/Text: bcwrtoff@cablevision.com | May 06 2021 20:47:00 | Optimum Cable, Cablevision Systems Corporation, 1111 Stewart Ave, Bethpage, NY 11714-3581 |
| 518127956 | | EDI: PRA.COM | May 07 2021 00:28:00 | Portfolio Recovery Associates LLC, C/O Capital One Bank NA, PO Box 41067, Norfolk, VA 23541 |
| 518262113 | | EDI: PRA.COM | May 07 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518127955 | + | EDI: PRA.COM | May 07 2021 00:28:00 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41021, Norfolk, VA 23541-1021 |
| 518193480 | + | EDI: JEFFERSONCAP.COM | May 07 2021 00:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518127960 | | EDI: RMCB.COM | May 07 2021 00:28:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 518127961 | | EDI: AIS.COM | May 07 2021 00:28:00 | Spot Loan, by American InfoSource LP as agent, Po Box 248838, Oklahoma City, OK 73124-8838 |
| 518127963 | | EDI: AISTMBL.COM | May 07 2021 00:18:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 518148951 | + | EDI: AIS.COM | May 07 2021 00:28:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518127964 | | EDI: TDBANKNORTH.COM | May 07 2021 00:28:00 | TD bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 518253196 | + | EDI: AIS.COM | May 07 2021 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518127967 | | EDI: VERIZONCOMB.COM | May 07 2021 00:18:00 | Verizon, Po Box 15124, Albany, NY 12212-5124 |

TOTAL: 29

# BYPASSED RECIPIENTS

Case 19-15546-CMG    Doc 58    Filed 05/08/21    Entered 05/09/21 00:32:09    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 148 | Total Noticed: 51 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Global Lending Services LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Global Lending Services LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Martin C. Latinsky | on behalf of Debtor Erica C. Clark mlatin56@gmail.com  latinskyfitzlaw@gmail.com |
| Nicholas Fitzgerald | on behalf of Debtor Erica C. Clark fitz2law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8